IN GREENVILLE DIVISION FEDERAL COURT

CA No.: _____

RECEIVED
USDC, CLERK GREENVILLE, S

2026 FEB 20  AM 9: 54

JURY TRIAL DEMAND.

PUNITIVE DAMAGES REQUESTED.

Armando Despaigne Zulveta v. Old Europe Greenville, LLC

## COMPLAINT.

1) Armando Despaigne Zulveta, Plaintiff, known as ("the Complainant"), Pro Se, files this Civil Action pursuant to: (a) Title II as codified in Section 42 U.S. Code § 2000a as amended; b) South Carolina ("SC") Section 45-9-10 the State Prohibits against Discrimination in a place of Public Accommodation, the Court taking dual jurisdiction; (b) pursuant 10.8 Civil Rights—Title II—Retaliation; (c) Title VII—Civil Rights—Harassment. Title II of the Rights Act of 1964 is a federal law that protects person(s) against discrimination and harassment based on specific characteristics such as race, color,…, among other charges that this Court has jurisdiction and other Strate's charge(s) that the Court can take dual jurisdiction.

## I. THE PARTIES.

2. The Plaintiff: Armando Despaigne Zulveta, who still preserves on Court's record his address pertaining to Winston Salem, NC 27103, and who has as Mailing address for legal documents to be sent by the Court to address pertaining to Greenville County, SC 29601.

The Defendant: Old Europe Greenville, LLC, a corporation that is registered doing business in Greenville, South Carolina ("SC"), with its main place of business in Greenville, SC.

## II. JURISDICTION.

3. This Court has jurisdiction over the subject matter of this Civil Action among other things pursuant to Title II of The Civil Rights Act (Public Accommodations) Section 42 U.S. Code § 2000a(d) - Prohibition against discrimination or segregation in places of public accommodation. This Court has jurisdiction over the subject matter of this matter pursuant federal question jurisdiction statute that is codified at 28 U.S.C. § 1331, "the Complainant" alleges a violation of the United States Constitution, federal law or a treaty.

## III. VENUE.

Venue is proper in this Judicial Circuit under 28 U.S. Code § 1391(b) (1) and (2) at the time of the incident "the Complainant" was in Greenville County and decisions adverse to him that are the matter of this lawsuit was made in Greenville County by ""the Old Europe"".

## III. STATEMENT OF FACTS.

4. This matter is in reference to an incident that occurred in September 09, 2024 around 10:09 AM, at "the Old Europe" where Owner "Mr. Daugherty" came to "the Complainant" table harassing him who thought "Mr. Daugherty" was a consumer looking for problem. After "the

Complainant" stated that he is going to report his conduct "Mr. Daugherty" identified himself as the business's Owner saying that previous day "the Complainant" has been disruptive and for that reason he called Greenville City Police Department ("the Police") and trespassed "the Complainant" even, over the objection of why "the Police" was not called day of the incident.

By misleading and fabricating statements and without Probable Cause "Mr. Daugherty instructed "the Police" to file a Notice of Trespass and for that purpose he was not allowed to leave and under the threat of being arrested "the Complainant" surrendered his personal ID while incriminating himself because in "SC" Trespass is not a crime until, it has been documented setting the threshold for criminal charges to be imputed against him in violation of "the Complainant" State's and United States' First, Fourth and Fifth Amendment Constitutional Rights and Privileges.

5. At "the Old Europe", a Hostile Environment is created by employees inciting some customers into discriminatory behavior against "the Complainant" in the form of but not limited to: (1) "the Old Europe" employees in consortium with some consumers staring at "the Complainant"; (2) "the Old Europe" disrespecting, letting him known that he is the subject of their attention and conversation; (3) "the Old Europe" employees giving a bad service to him which includes but not limited: bad attitude, bad service, ignoring service until "the complainant

persistence obtains; (4) after he exercised his civil rights by Freedom of Expression over the subject of Discrimination he is retaliated by the calling of "the Police" and be Trespassed. These complaint in every single business mentioned after being recognized as violations went unattended having such conduct to raise to the level of a policy or custom implemented by businesses against "the Complainant" by the color of his skin, Black "the Complainant" alleges that in Greenville City is an increasing method used among businesses' Owners who to maintain the business free of diversity use "the Police" to help them with the scheme to success in Trespassing unwanted consumer(s) by implementing a Toxic Environment which includes employees, and some consumers harassing and provoking him, trespassing him after voiced his concern in violation.

NOTE: On April 09, 2025, and April 11, 2025, with no avail Notice of Intent to Suit were forwarded to "the Old Europe" Owner Robert Daugherty at Address: 716-A S. Main St., Greenville, SC 29601.

## IV. COUNTS.

6. COUNT ONE. Color/Discrimination in Violation of Title II as codified in Section 42 U.S. Code § 2000a. The foregoing paragraphs are realleged and incorporated by reference herein in p.3, paragraph 4, ""the Old Europe" conduct as alleges herein properly alleged constitutes

(4 of 13)

discrimination based on color in violation of Section 42 U.S. Code § 2000a of Title II. The stated reason from "the Old Europe" conduct that "the Complainant" prior day was disruptive it carries no weight and it was not the true reason but instead, was a pretext to implement its concealed policy or custom holding discriminatory animus. ("SC") Law that prohibits discrimination in a Place of Public Accommodation like "the Old Europe" under "SC" Code of Laws Section 45-9-10 where business is 100% Caucasian in attendance and be run by Owner "Mr. Daugherty" like rest of other businesses' Owners mentioned on Caption as were under "SC" Section 45-9-20 exempted from general public.

COUNT TWO. Retaliation based that in 10.8 Civil Rights-—Title VII—Retaliation. Title II's anti-retaliation as others, the legal framework provision applies to a non-employed person who is protected from private business retaliation by ensuring that employers cannot take adverse actions against person(s) who report discrimination, harassment, or other illegal conduct.

The foregoing paragraphs are realleged and incorporated by reference herein in p.3, paragraph 4, "the Old Europe" criminal Notice of Trespass issued against him who is realleged and incorporated by reference herein excluding him from the business was purported act of Retaliation in response for "the Complainant" verbal complaint over the Toxic Environment "the Old Europe" conduct as alleged above constitutes

Discrimination and Retaliation after he engaged in activities protected while out of a civil matter they make a criminal out of him.

COUNT THREE. (Violation First Amendment Rights of The United States' Constitution). The foregoing p.3, paragraph 4, are realleged and incorporated by reference herein alleging that on September 09, 2024 "the Old Europe" where Owner "Mr. Daugherty" harassing him who thought "Mr. Daugherty" was a consumer looking for problem saying that previous day "the Complainant" has been disruptive and for that reason he called Greenville City Police Department ("the Police") and trespassed "the Complainant" even, over the objection of why "the Police" was not called day of the incident.   The foregoing p.4, paragraph 5(4), are realleged and incorporated by reference herein alleging after he exercised his civil rights by Freedom of Expression "the Old Europe" violated his State's and United States' First Amendment Rights of the Constitution trying to silence. Suppress, and or undermine his Speech by the calling of "the Police".

COUNT FOUR. (Violation Four Amendment Rights of The United States' Constitution). The foregoing p.3, paragraph 4. are realleged and incorporated by reference herein alleging "the Old Europe" is responsible and liable for Third Party's action by instructing "the Police" to issue a criminal Notice of Trespass without Probable Cause in which "the Complainant" person was seized, detained, and was not allowed to leave in violation of The United States' Constitution Four Amendment Rights.

COUNT FIVE. (Violation Fifth Amendment Rights of The United States' Constitution). The foregoing p.3, paragraph 4, is realleged and incorporated by reference herein. By misleading and fabricating statements and without Probable Cause Owner "Mr. Daugherty" instructed "the Police" to file a Notice of Trespass and for that purpose under the threat of being arrested "the Complainant" was forced to surrender his personal ID while self-incriminated himself because in "SC" Trespass is not a crime until, it has been documented setting the threshold for criminal charges to be imputed against him in violation of "the Complainant" United States' Fifth Amendment Constitutional Rights and Privileges.

COUNT SIX. Breach of duty is not only for professionals or people under written or oral contract. Every member of society has a duty to exercise reasonable care toward others and their property. A person who engages in activities that pose an unreasonable risk toward others and their property that results in harm, breaches their duty of reasonable care. A person who engages in activities that pose an unreasonable risk toward others and their property that results in harm, breaches their duty of reasonable care. "the Old Europe" is negligent for the damages occasioned to "the Complainant" because was reasonably foreseeable consequence of the Beans" conduct.

The foregoing p.3 and paragraph 4, are realleged and incorporated by reference herein alleging that misleading and fabricating statements and

without Probable Cause "Mr. Daugherty instructed "the Police" to file a Notice of Trespass and the foregoing and p.4. paragraph 5(1)(2)(3), and (4), "the Old Europe" in consortium with some consumers staring at him, openly disrespecting him…, giving bad service and bad attitude…, to the Complainant".

In "SC" businesses owe fiduciary duties to their customers, which include the duty of loyalty, duty of care, and duty of good faith and fair dealing. These duties require businesses to act honestly, fairly, and with integrity avoiding any actions that could benefit at the expense of the customer as example running the businesses of Public Accommodation that are under Section 45-9-10 and instead are running as Section 45-9-20 as they were private clubs exempt to the general public because this method brings Caucasian customers who generate more money than the general population which includes Minority. This is a state charge governed by Section 62-3-712. Improper exercise of power; breach of fiduciary duty.

COUNT SEVEN. Civil Conspiracy under 18 USC 241. The Law applies when two or more individuals form an agreement with a share objective to interfere with a protected right (Businesses' Lack of Diversity) and the interference involves threats, intimidation, or oppression). The foregoing p.4, paragraph 5, he alleges that in Greenville City "the Old Europe" along with other businesses entered in an Implied Contract that is an increasing method used by Owners who to maintain the business free of diversity and

"the Police" to help them with the scheme to success in Trespassing unwanted consumer(s) by implementing a Toxic Environment which includes employees, and some consumers harassing and provoking him and after, trespass him after voiced his concern in violation of his State's and United States First Amendment Rights of the Constitution. In "SC" Conspiracy is governed by "SC" Code Section 16-17-410. Conspiracy.

COUNT EIGHT. Charges against "the Old Europe" because its performance was of bad faith and/or negligent, reckless, wanton and willful in one of several of the following particularly, to wit:

a. Refusing to honor the claim filed by "the Complainant".

b. failing to communicate "the Complainant" any reasonable motivation for failing to honor the claim.

d. In failing to attempt in good faith to effectuate a fair or prompt and equitable settlement of the claim.

e. In refusing to review and investigate "the Complainant" claim to specify his entitlement for "the Old Europe" damages to be paid to him.

f. In forcing "the Complainant" to file a Civil Action in Court to recover damages due and pursuant mentioned policy.

g. In producing delays between him and "the Old Europe" in acting with bad faith and in reckless disregard for the rights of "the Complainant".

h. "the Old Europe" obstructed, undermined and work in opposition to "the Complainant" ability to solve the problem by interfering with and/or failing to

cooperate with Plaintiff in the performance of Exhaustive Remedies.

i) along with mentioned herein businesses' conduct turn a civil matter into criminal by the calling of "the Police" having "the Complainant" arrested, criminally Trespassed and with this implemented policy or custom made a criminal out of him.

COUNT NINE. 15 U.S. Code § 45 - Unfair methods of competition unlawful; prevention by Commission. In "SC", the law aims to protect consumers and promote fair competition, ensuring that businesses operate transparently and fairly. The foregoing paragraphs are realleged and incorporated by reference herein p.3, and paragraph 4, he alleges that his Trespass from the business impedes "the Old Europe" businesses operate transparently and fairly by the wanting of Caucasian customer who generate more money for the business.

COUNT TEN. HARRASMENT. Harassment is a form of discrimination that violates Title II of the Civil Rights Act of 1964. Harassment is unwelcome conduct that is based on race, color,... Offensive conduct may include, but is not limited to, offensive jokes, slurs, epithets or name calling, intimidation, ridicule or mockery, insults or put-downs, offensive objects or

pictures, and interference with work performance. Harassment can occur in

a variety of circumstances, including, but not limited to, the following:

The harasser can be the victim of an agent of the employer, or a

non-employee. The foregoing paragraphs are realleged and incorporated

by reference herein p.8, paragraph 5(1) "the Old Europe" employees

sometimes in consortium with some unscrupulous employees to stare at

"the Complainant", (2) "the Old Europe"disrespecting and making him the

subject of Conversation and attention; and (3) ~~various~~ employees giving

bad service to him which includes the taking of his $20 Bill.

In SC Code § 16-3-1700 (A) "Harassment in the first degree" means a

pattern of intentional, substantial, and unreasonable intrusion into the

private life of a targeted person that serves no legitimate purpose and

causes the person and would cause a reasonable person in his position to

suffer mental or emotional distress.

## VI. RELIEF.

"the Beans and rest of businesses herein mentioned are responsible

and liable for its employees' conduct while acted under the scope, clock,

and employment under "the Old Europe" for "the Complainant" loss of his

job while he incarcerated in Greenville County Detention Center ("the

Detention") for 36 days. And again, lost his job by being incarcerated 51 days there with high bond he could not afford for charges Warrant/Charge No.: 2023A2330209313; Warrant/Charge No.: 2O23A2330209311, that were dismissed and expunged by "the Solicitor". In Greenville City, he is unable to find job due to his reputation being damaged out of arrest causing him to this moment economic of $112,320 Dollars for each one of the Ten Count making a Total Amount of $1,123,200 Dollars; **b)** while incarcerated "the Complainant" loss his vehicle as result that "the Police" said they didn't know who towed it. Months later Plaintiff found it but was unable to pay an astronomic amount of money to reclaim.

At the time of loss his vehicle value was of $19,000 Dollars for each Count making an Amount of Ninety-Five Thousand $190,000 Dollars along with the loss of his job that caused economic damages of $ 1,142,200 Dollars "after taxes" for all 9 Counts plus, Punitive Damages that is not new cause of action be awarded to him paid by "the Old Europe".

WHEREFORE, Plaintiff requests that the Court award him a) the sum of $1,142,200 Dollars **"after taxes"** being taken from in compensatory damages suffered; b) a Court's Order of Injunction to end Discrimination policy that violated Section 45-9-10 of Public Accommodations; c) for "the

Old Europe" willful, wanton, or reckless actions and deter others from same conduct Plaintiff be awarded punitive damages; d) and other damages and further relief as deemed just.

On this day the 29ᵗʰ of _January_ , 2026.

Armando Despaigne Zulveta   01/29/2026

606 Pendleton St., Greenville, SC 29601

Phone No.: (864) 371-0573 Email Address: contrapala7@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINE

GREENVILLE DIVISION

CA No.:_____

Armando Despaigne Zulveta    )

              Plaintiff    ) JURY TRIAL DEMAND.

          v.    ) PUNITIVE DAMAGES REQUESTED.

Old Europe Greenville, LLC    )

           Defendant    )

## CERTIFICATE OF SERVICE.

This is to certify that Summons and Complaint related to ~~Spill the~~ Old Europe ADZ ~~Beans~~ have been forwarded to Spill the Beans' Registered Robert

Daugherty Via United States Postal Service ("USPS") Certified Mail Return

Receipt at: 716-A S. Main Street Greenville, South Carolina 29601

On this day the 29ᵗᴴ of January, 2026.

Armando Despaigne Zulveta    01/29/2026

606 Pendleton St., Greenville, SC 29601

Phone No.: (864) 371-0573 Email Address: contrapala7@gmail.com